S.D.N.Y. – N.Y.C.
23-cv-5406
Swain, C.J.

# United States Court of Appeals
#### FOR THE
### SECOND CIRCUIT

_____

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of July, two thousand twenty-five.

_____

Towaki Komatsu,

        *Petitioner*,

      v.                                      24-1309

The City of New York, et al.,

        *Respondents*.

_____

In 2021, this Court entered a leave-to-file sanction against Petitioner.  *See Komatsu v. The City of New York*, 2d Cir. 21-511, doc. 92.  Petitioner now moves multiple times for leave to file motions to recall the mandate and reinstate this appeal.  Upon due consideration, it is hereby ORDERED that the motions are all DENIED because the appeal does not depart from Petitioner's "prior pattern of vexatious filings."  *See In re Martin-Trigona*, 9 F.3d 226, 229 (2d Cir. 1993).

                    FOR THE COURT:
                    Catherine O'Hagan Wolfe, Clerk of Court

