# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of July, two thousand twenty-five.

Towaki Komatsu,

     Petitioner,

v.

The City of New York, Lisa Fitzpatrick, sued in their individual and official capacities, Nigel Marks, sued in their individual and official capacities, Vincent Pullo, sued in their individual and official capacities, Molly Park, in her capacity as the Commissioner of the New York City Department of Social Services, Ann Marie Scalia, sued in their individual and official capacities, Samuel Spitzberg, sued in their individual and official capacities, Daniel W. Tietz, in his capacity as the Commissioner of the New York State Office of Temporary and Disability Assistance, Top Choice Meat Market Corp., John Doe, Top Choice Owner, Z&H Cleaners,

     Respondents.

**ORDER**

Docket No. 24-1309

     IT IS HEREBY ORDERED that Petitioner's motion for injunctive relief, for sanctions, and other relief (docket entry 11) is DENIED as moot in light of the Court's July 29, 2025 order denying Petitioner's request for leave to file motions to recall the mandate and reinstate the appeal.

     For the Court:
     Catherine O'Hagan Wolfe,
     Clerk of Court

